United States District Court
Southern District of Texas
**ENTERED**
May 01, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| WALTER FARIAS, | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 5:16-CV-31 |
| | § | |
| JORGE ALVAREZ, *et al.*, | § § | |
| Defendants. | § § | |

## ORDER

On March 14, 2018, U.S. Magistrate Judge Diana Song Quiroga issued a Report and Recommendation in accordance with 28 U.S.C. § 636(b)(1) recommending that Petitioner's § 1983 action be dismissed without prejudice for failure to prosecute. (Dkt. No. 66). Neither Party has filed objections to the Report and Recommendation.

Having found no plain error in the proposed findings and recommendations, the Court hereby **ADOPTS** the Report and Recommendation as the findings of the Court. Accordingly, this civil action is **DISMISSED WITHOUT PREJUDICE.**

It is so **ORDERED**.

**SIGNED** April 30, 2018.

Marina Garcia Marmolejo
United States District Judge